IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:24-cv-2339 Party Represented by Applicant: Antwane Johnson, Case Name Johnson v. American Home Shield of Virginia, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Anthony Ilo Paronich
Bar Identification Number 678437   State MA
Firm Name Paronich Law
Firm Phone # (617) 485-0018   Direct Dial # (617) 485-0018   FAX # (508) 318-8100
E-Mail Address anthony@paronichlaw.com
Office Mailing Address 350 Lincoln Street, Suite 2400 Hingham, MA 02043

Name(s) of federal district court(s) in which I have been admitted  Massachusetts, Northern District of Illinois, Western District of Wisconsin

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*Anthony Paronich*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

*William Robinson*
(Signature)                                            December 23, 2024
William Robinson                                       (Date)
(Typed or Printed Name)                                76098
                                                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____          _____
(Judge's Signature)                (Date)