# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| **ANTWANE JOHNSON, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**AMERICAN HOME SHIELD OF VIRGINIA, INC.**<br><br>*Defendant* | Civil Action No. 1:24-cv-02339 |

## AFFIDAVIT OF SERVICE

I, Deborah Mobley, state:

I am a private process server, 18 years of age or older and not a party to this action or a member of a corporation or organization that is a party to this action. My address is PO Box 31, Hartwood, VA 22471.

I served the following documents to AMERICAN HOME SHIELD OF VIRGINIA, INC. in Henrico County, VA on December 27, 2024 at 11:27 am at 4701 Cox Road, ste 285, Glen Allen, VA 23060 by leaving the following documents with Lauren Phillips who as Fulfillment Associate at CT Corporation System is authorized by appointment or by law to receive service of process for AMERICAN HOME SHIELD OF VIRGINIA, INC..

Summons, Civil Cover Sheet, and Class Action Complaint Jury Demanded,

White Female, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=37.6655770761,-77.5715766418
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Stafford County</u>, <u>VA</u> on <u>12/30/2024</u>. | /s/ *Deborah Mobley* <br> Signature <br> Deborah Mobley <br> +1 (540) 295-0867 |



Exhibit 1a)