AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Antwane Johnson, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-02339 |
| American Home Shield of Virginia, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Home Shield of Virginia, Inc.

Date:  01/08/2025

*Attorney's signature*

Katherine Maddox Davis, VSB 89104
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
*Address*

kdavis@gibsondunn.com
*E-mail address*

(202) 955-8587
*Telephone number*

(202) 467-0539
*FAX number*