IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTWANE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-2339 AJT/IDD |
| | ) |
| AMERICAN HOME SHIELD OF VIRGINIA, INC., | ) |
| | ) |
| Defendant, | ) |

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint [Dkt. No. 8] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Defendant shall answer or otherwise respond to Plaintiff's Complaint no later than February 18, 2025.

ENTERED this 10th day of January 2025.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia