IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Antwane Johnson**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>**American Home Shield of Virginia, Inc.**,<br><br>   Defendant. | No. 1:24-cv-02339-AJT-IDD<br><br>**CLASS ACTION** |

**DEFENDANT AMERICAN HOME SHIELD OF VIRGINIA, INC.'S
<u>CORPORATE AND FINANCIAL DISCLOSURE STATEMENT</u>**

  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(A), Defendant American Home Shield of Virginia, Inc., discloses that it is a wholly-owned indirect subsidiary of Frontdoor, Inc., which is a publicly traded company. Based on recent filings, BlackRock, Inc. owns more than 10% of Frontdoor, Inc.'s stock and is a publicly traded company. No other publicly traded company owns 10% or more of Defendant's stock or Frontdoor, Inc.'s stock.

Respectfully submitted,

Dated: February 20, 2025

GIBSON, DUNN & CRUTCHER LLP|

By: */s/ Francesca Broggini*
Francesca Broggini, VSB No. 96896
FBroggini@gibsondunn.com

Katherine Maddox Davis, VSB No. 89104
KDavis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: (202) 955-8500
Fax: (202) 467-0539

Timothy W. Loose *(admitted pro hac vice)*
TLoose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7746
Fax: (213) 229-6746

*Attorneys for Defendant*
*American Home Shield of Virginia, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, a true and correct copy of Defendant American Home Shield of Virginia, Inc.'s Corporate and Financial Disclosure Statement was electronically filed with the Court and served via ECF upon all counsel of record.

By: */s/ Francesca Broggini*
Francesca Broggini, VSB No. 96896
FBroggini@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: (202) 955-8500
Fax: (202) 467-0539