# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ANTWANE JOHNSON, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:24-cv-02339-AJT-IDD |
| Plaintiff, | : : | |
| v. | : : | JURY DEMANDED |
| AMERICAN HOME SHIELD OF VIRGINIA, INC. | : : : | |
| Defendant. | : : / | |

## PLAINTIFF'S CONSENT MOTION FOR THE PARTIES TO
## APPEAR AT THE RULE 16 CONFERENCE TELEPHONICALLY

The Plaintiff Antwane Johnson, with the consent of the Defendant American Home Shield of Virginia, Inc., respectfully requests that the Court permit counsel for the parties appear telephonically for Rule 16 conference that is set March 12, 2025 at 11:00 AM. In support thereof, Lead Counsel for both parties are in Massachusetts and California, respectively. Furthermore, counsel for the Plaintiff has a previously scheduled remote Court appearance also on March 12, 2025. As such, if the Court would prefer that the parties appear in person then the Plaintiff must file a motion for a continuance of the current date so he can attend the previously scheduled Court appearance.

Dated: February 25, 25

Respectfully submitted,

|  | **PLAINTIFF,** *on behalf of himself and others similarly situated* <br><br> By:  */s/ William P. Robinson* <br> William P. Robinson <br> Virginia State Bar No. 76098 <br> 319 N. Piedmont St., #1 <br> Arlington Virginia 22203 <br> Telephone: (703) 789-4800 <br> wprlegal@gmail.com <br><br> Anthony I. Paronich (admitted *Pro Hac Vice*) <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, Massachusetts 02043 <br> Telephone: (508) 221-1510 <br> anthony@paronichlaw.com |