IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTWANE JOHNSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME SHIELD OF VIRGINIA, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-2339 AJT/IDD |

## **ORDER**

This matter is before the Court on Joint Motion for Continuance of Pretrial Conference and Associated Deadlines ("Motion") [Dkt. No. 18]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. The initial pretrial conference shall be and is continued until April 2, 2025. The parties' Rule 26(a)(1) discovery plan shall be submitted no later than March 26, 2025.

ENTERED this 5th day of March 2025.

                                                /s/ Ivan D. Davis
                                                Ivan D. Davis
Alexandria, Virginia                            United States Magistrate Judge