IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Antwane Johnson**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>**American Home Shield of Virginia, Inc.**,<br><br>   Defendant. | No. 1:24-cv-02339-AJT-IDD |

**STIPULATION REGARDING**
**THE FILING OF A FIRST AMENDED COMPLAINT**

As provided for in Federal Rule of Civil Procedure 15(a)(2), and as a result of information learned during recent discovery efforts, the parties have stipulated to allow plaintiff to file a First Amended Complaint in this matter, which will add an additional plaintiff and correct the name of the Defendant.

Respectfully submitted,

Dated:  March 25, 2025

By: */s/ FRANCESCA BROGGINI*
Francesca Broggini, VSB No. 96896
FBroggini@gibsondunn.com

Katherine Maddox Davis, VSB No. 89104
KDavis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone:  (202) 955-8500
Fax:  (202) 467-0539

Timothy W. Loose *(admitted pro hac vice)*
TLoose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7746
Fax:  (213) 229-6746

*Attorneys for Defendant*
*American Home Shield of Virginia, Inc.*

By: */s/ William P. Robinson*
William P. Robinson
Virginia State Bar No. 76098
319 N. Piedmont St., #1
Arlington Virginia 22203
Telephone: (703) 789-4800
wprlegal@gmail.com

Anthony I. Paronich (*admitted pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff, on behalf of himself and others similarly situated*

2