# U.S. District Court
## Eastern District of Virginia – (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:24–cv–02339–AJT–IDD

| | |
|---|---|
| Johnson v. American Home Shield Corporation | Date Filed: 12/20/2024 |
| Assigned to: District Judge Anthony J Trenga | Jury Demand: Both |
| Referred to: Magistrate Judge Ivan D. Davis | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Jurisdiction: Federal Question |

**Plaintiff**

**Antwane Johnson**     represented by     **Anthony Ilo Paronich**
Paronich Law, P.C.
350 Lincoln St
Suite 2400
Hingham, MA 02043
**NA**
617–485–0018
Fax: 508–318–8100
Email: anthony@paronichlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Peter Robinson , III**
William Robinson, Esq
1934 Old Gallows Road
Suite 350K
Vienna, VA 22181
703–789–4800
Email: william@robinsonslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chet Michael Wilson**     represented by     **Anthony Ilo Paronich**
Paronich Law, P.C.
350 Lincoln St
Suite 2400
Hingham, MA 02043
NA
617–485–0018
Fax: 508–318–8100
Email: anthony@paronichlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Peter Robinson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| American Home Shield Corporation | represented by | **Katherine Maddox Davis**<br>Gibson, Dunn & Crutcher<br>1700 M Street, N.W<br>Washington, DC 20036<br>202−955−8587<br>Email: kdavis@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Francesca Broggini**<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street NW<br>Washington, DC 20036<br>202−955−8246<br>Email: fbroggini@gibsondunn.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy William Loose**<br>Gibson, Dunn & Crutcher LLP (Los Angeles−NA)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>**NA**<br>213−229−7000<br>Fax: 213−229−6746<br>Email: tloose@gibsondunn.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2024 | Ï 1 | Complaint ( Filing fee $ 405, receipt number AVAEDC−9915293.), filed by Antwane Johnson. (Attachments: # 1 Civil Cover Sheet)(Robinson, William) (Entered: 12/20/2024) |
| 12/20/2024 | Ï 2 | Proposed Summons re 1 Complaint by Antwane Johnson (Robinson, William) (Entered: 12/20/2024) |
| 12/20/2024 | Ï | Initial Case Assignment to District Judge Anthony J Trenga and Magistrate Judge Ivan D. Davis. (swil) (Entered: 12/23/2024) |
| 12/23/2024 | Ï 3 | Summons Issued as to American Home Shield of Virginia, Inc., NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Summons Notice)(swil) (Entered: 12/23/2024) |
| 12/24/2024 | Ï 4 | Motion to appear Pro Hac Vice by Anthony Paronich and Certification of Local Counsel William P. Robinson III Filing fee $ 75, receipt number AVAEDC−9919647. by Antwane Johnson. (Robinson, William) (Entered: 12/24/2024) |
| 12/30/2024 | Ï 5 | ORDER granting 4 Motion for Pro hac vice Appointed Anthony Ilo Paronich for Antwane Johnson. Signed by District Judge Anthony J Trenga on 12/30/2024. (swil) (Entered: 12/30/2024) |
| 12/30/2024 | Ï 6 | |

| | | |
|---|---|---|
| | | AFFIDAVIT of Service for Affidavit of Service served on Lauren Phillips on 12/27/2024, answer due 1/17/2025 filed by Antwane Johnson. (Robinson, William) Modified to add answer due date on 12/31/2024 (swil). (Entered: 12/30/2024) |
| 01/08/2025 | 7 | NOTICE of Appearance by Katherine Maddox Davis on behalf of American Home Shield of Virginia, Inc. (Davis, Katherine) (Entered: 01/08/2025) |
| 01/08/2025 | 8 | MOTION for Extension *of Time to Respond to the Complaint* by American Home Shield of Virginia, Inc.. (Attachments: # 1 Proposed Order)(Davis, Katherine) (Entered: 01/08/2025) |
| 01/10/2025 | 9 | ORDERED that the Motion is GRANTED. Defendant shall answer or otherwise respond to Plaintiff's Complaint no later than February 18, 2025 in re 8 Motion for Extension of Time to File. Signed by Magistrate Judge Ivan D. Davis on 1/10/2025. (swil) (Entered: 01/10/2025) |
| 02/18/2025 | 10 | NOTICE of Appearance by Francesca Broggini on behalf of American Home Shield of Virginia, Inc. (Broggini, Francesca) (Entered: 02/18/2025) |
| 02/18/2025 | 11 | ANSWER to Complaint by American Home Shield of Virginia, Inc..(Broggini, Francesca) (Entered: 02/18/2025) |
| 02/18/2025 | 12 | Motion to appear Pro Hac Vice by Timothy William Loose and Certification of Local Counsel Francesca Broggini Filing fee $ 75, receipt number AVAEDC–10014681. by American Home Shield of Virginia, Inc.. (Broggini, Francesca) (Entered: 02/18/2025) |
| 02/19/2025 | 13 | ORDER granting 12 Motion for Pro hac vice Appointed Timothy William Loose for American Home Shield of Virginia, Inc. Signed by District Judge Anthony J Trenga on 2/19/2025. (swil) (Entered: 02/19/2025) |
| 02/19/2025 | 14 | SCHEDULING ORDER: Initial Pretrial Conference set for 3/12/2025 at 11:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. Final Pretrial Conference set for 7/17/2025 at 10:00 AM in Alexandria Telephonically before District Judge Anthony J. Trenga. Discovery due by 7/11/2025. Signed by District Judge Anthony J. Trenga on 2/19/2025. (Attachments: # 1 Magistrate Consent, # 2 Pretrial Notice)(dzir) (Entered: 02/19/2025) |
| 02/20/2025 | 15 | Corporate Disclosure Statement by American Home Shield of Virginia, Inc.. (Broggini, Francesca) (Entered: 02/20/2025) |
| 02/25/2025 | 16 | MOTION for Leave to Appear APPEAR AT THE RULE 16 CONFERENCE TELEPHONICALLY by Antwane Johnson. (Robinson, William) (Entered: 02/25/2025) |
| 03/03/2025 | 17 | AMENDED ANSWER to 1 Complaint by American Home Shield of Virginia, Inc.. (Broggini, Francesca) (Entered: 03/03/2025) |
| 03/04/2025 | 18 | Joint MOTION to Continue *Pretrial Conference and Associated Deadlines* by American Home Shield of Virginia, Inc.. (Attachments: # 1 Proposed Order)(Broggini, Francesca) (Entered: 03/04/2025) |
| 03/05/2025 | 19 | ORDER – This matter is before the Court on Joint Motion for Continuance of Pretrial Conference and Associated Deadlines (Motion) 18 . This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The initial pretrial conference shall be and is continued until April 2, 2025. The parties' Rule 26(a)(1) discovery plan shall be submitted no later than March 26, 2025. Signed by Magistrate Judge Ivan D. Davis on 3/5/2025. (lgue, ) (Entered: 03/05/2025) |
| 03/05/2025 | | Reset Hearings: Initial Pretrial Conference reset for 4/2/2025 at 11:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (lgue, ) (Entered: 03/05/2025) |

| 03/24/2025 | 20 | AMENDED COMPLAINT against Antwane Johnson, filed by Antwane Johnson.(Robinson, William) (Entered: 03/24/2025) |
|---|---|---|
| 03/24/2025 | 21 | STIPULATION re 20 Amended Complaint by Antwane Johnson. (Robinson, William) (Entered: 03/24/2025) |
| 03/25/2025 | 22 | STIPULATION *to Transfer Venue* by American Home Shield Corporation. (Attachments: # 1 Proposed Order)(Broggini, Francesca) (Entered: 03/25/2025) |
| 03/26/2025 | 23 | So Ordered in re 22 Joint Stipulation to transfer Venue filed by American Home Shield Corporation. Signed by District Judge Anthony J Trenga on 3/26/2025. (swil) (Entered: 03/26/2025) |