Case: **2:25–cv–02347**
Assigned To : **Norris, Mark S.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **3/26/2025**
Description: **Johnson v. American Home Shield Corporation**