# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| ANTWANE JOHNSON, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-02347 |
| AMERICAN HOME SHIELD OF VIRGINIA, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Antwane Johnson, individually and on behalf of a class of all persons and entities similiarly situated, Plaintiff.

Date: 03/31/2025

s/ Bradley G. Kirk
*Attorney's signature*

Bradley G. Kirk, TN 017100
*Printed name and bar number*

Bradley G. Kirk, Attorney at Law
1910 Madison Avenue, Suite 112
Memphis, TN 38104-2620

*Address*

bgkirklaw@gmail.com
*E-mail address*

(901) 206-6163
*Telephone number*

(508) 318-8100
*FAX number*