IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Antwane Johnson** and **Chet Michael Wilson**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>**American Home Shield Corporation**,<br><br>    Defendant. | No. 2:25-cv-02347 |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this December 23, 2025.

Signatures:

1

/s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Timothy Loose*
Matthew M. Lubozynski (TNBPE 33163)
Wyatt, Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis, TN 38119
Phone: 901-537-1069 Fax: 901-537-1010
Email: mlubozynski@wyattfirm.com

Timothy W. Loose*
TLoose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7746
Fax: (213) 229-6746

*Admitted pro hac vice*

*Attorneys for Defendant American Home Shield*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically sent the foregoing to counsel of record for the Defendant.

/s/ *Anthony I. Paronich*
Anthony I. Paronich