# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ANTWANE JOHNSON and CHET MICHAEL WILSON, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiffs,

v.

    Case No. 2:25-cv-02347-MSN-atc
    JURY DEMAND

AMERICAN HOME SHIELD CORPORATION,

    Defendant.

# JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint (ECF No. 1), filed December 20, 2024.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 51), filed December 23, 2025, the putative class claims are **DISMISSED WITHOUT PREJUDICE** while Plaintiffs' individual claims are **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

December 23, 2025
Date